# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 71433

FILED

FEB 1 6 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of mandamus seeking an order compelling the district court to resolve a postconviction petition for a writ of habeas corpus filed in the district court on December 16, 2015. On January 5, 2017, the respondent filed an answer indicating that the habeas petition was denied on January 4, 2017. We conclude that this petition is moot, and we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Peter Jason Helfrich
        Attorney General/Carson City
        Attorney General/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-05670